FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 OCT 12 PM 2:42

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| KAREN J. JENKINS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action |
| | ) No. 05-2580-D-P |
| BAPTIST MEMORIAL HOSPITAL, | ) |
| Defendant. | ) |

## CONSENT ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Pursuant to the consent of the parties as evidenced by the signatures of counsel below, it is hereby ordered that the time for the Defendant to answer or otherwise respond to the Complaint filed herein is extended to and shall be Friday, October 14, 2005.

IT IS SO ORDERED.

_____
HONORABLE BERNICE DONALD
United States District Judge

Date: October 12, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __10/13/05__

*[signature]*

PAUL E. PRATHER
GEORGE W. LOVELAND, II
3725 Champion Hills Drive
Suite 3000
Memphis, TN 38125
Ph: 901-795-6695
Counsel for Defendant
Baptist Memorial Hospital

*[signature]*

JAMES E. KING, JR.
BRADLEY W. ESKINS
50 North Front Street
Suite 770
Memphis, TN 38103
Ph: 901-578-6902
Counsel for Plaintiff
Karen J. Jenkins

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CV-02580 was distributed by fax, mail, or direct printing on October 13, 2005 to the parties listed.

---

James E. King
ESKINS KING, PC
50 N. Front St.
Ste. 770
Memphis, TN 38103

Bradley W. Eskins
ESKINS KING, PC
50 N. Front St.
Ste. 770
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT