20196/JEK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

KAREN J. JENKINS,

    Plaintiff,

v.

                              NO.:   05-2580-D-P
                              **JURY DEMANDED**

BAPTIST MEMORIAL HOSPITAL,

    Defendant.

---

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

---

It appearing to this Court that Plaintiff's Motion for Leave to Amend Complaint is well taken, the Court exercising its discretion finds that good cause is shown to allow Plaintiff to amend the Complaint to correctly identify and/or name Defendant Baptist Memorial Health Care Corporation and Baptist Minor Medical Centers, Inc.

IT IS, THEREFORE, ORDERED that Plaintiff be granted leave of Court to file the Amended Complaint.

_____
UNITED STATES ~~DISTRICT~~ Magistrate JUDGE
DATE: November 29, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 11/30/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CV-02580 was distributed by fax, mail, or direct printing on November 30, 2005 to the parties listed.

---

Paul E. Prather
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

George W. Loveland
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER
3725 Champion Hills Dr.
Ste. 3000
Memphis, TN 38125

James E. King
ESKINS KING, PC
50 N. Front St.
Ste. 770
Memphis, TN 38103

Bradley W. Eskins
ESKINS KING, PC
50 N. Front St.
Ste. 770
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT