IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| Karen Jenkins, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civ. No. 05-2580-D-P |
| ) | |
| Baptist Memorial Hospital, ) | |
| ) | |
| Defendant. ) | |

## ~~PROPOSED~~ SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was held December 8, 2005. Present were James E. King, Jr., counsel for Plaintiff, and George W. Loveland, II, counsel for Defendant. At the conference, the following dates were established as the final dates for:

**INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ.P. 26(a)(1)**: Thursday, December 29, 2005.

**JOINING PARTIES**: Monday, February 6, 2006

**AMENDING PLEADINGS**: Plaintiff - Monday, February 6, 2006
Defendant - Monday, March 6, 2006

**INITIAL MOTIONS TO DISMISS**: Monday, February 13, 2006

**COMPLETING ALL DISCOVERY**: Friday, June 9, 2006

    **(a)**    **DOCUMENT PRODUCTION**: Friday, June 9, 2006

    **(b)**    **DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS**: Friday, June 9, 2006

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12/9/05



(c) **EXPERT WITNESS DISCLOSURE (Rule 26):**

    (1) **DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION:** Monday, April 3, 2006

    (2) **DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION:** Wednesday, May 3, 2006

    (3) **EXPERT WITNESS DEPOSITIONS:** Friday, June 9, 2006

**FILING DISPOSITIVE MOTIONS:** Friday, July 28, 2006

**OTHER RELEVANT MATTERS:**

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for a jury trial. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge. The parties anticipate that trial will last 3-4 days.

The parties agree that this case is appropriate for ADR. The parties are ordered to engage in court-annexed attorney mediation or private mediation before the close of discovery.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

At this time, the parties have not given consideration to whether they wish to consent to trial before the magistrate judge. The parties will file a written consent form with the court should they decide to proceed before the magistrate judge.

The parties have not consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

December 6, 2005
Date

3

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:05-CV-02580 was distributed by fax, mail, or direct printing on December 9, 2005 to the parties listed.

---

Paul E. Prather
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

George W. Loveland
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER
3725 Champion Hills Dr.
Ste. 3000
Memphis, TN 38125

James E. King
ESKINS KING, PC
50 N. Front St.
Ste. 770
Memphis, TN 38103

Bradley W. Eskins
ESKINS KING, PC
50 N. Front St.
Ste. 770
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT